UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-4-08

ANDREAS PEFANIS, on behalf of himself and others similarly situated,

             Plaintiff,

- v. -

WESTWAY DINER, INC.,

             Defendant.
---------------------------------------------------------X

08 CV 002 (DC) (DLC)

STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel that the time for Defendant Westway Diner, Inc. ("Westway") to respond to the Complaint in the above-captioned action is hereby extended to February 5, 2008. This is Westway's first request for an extension.

JOSEPH & HERZFELD LLP

By: _____
D. Maimon Kirschenbaum (DK-2338)
757 Third Avenue, 25th Floor
New York, NY 10017
Tel: (212) 688-5640

*Attorneys for Plaintiff*

SO ORDERED:

_____
U.S.D.J.
Feb. 4, 2008

MITCHELL & INCANTALUPO

By: _____
Arthur H. Forman (AF-9646)
98-20 Metropolitan Avenue
Forest Hills, New York 11375
Tel: 718-268-2616

*Attorneys for Defendant*

Dated: _____, 2008