UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANDREAS PEFANIS, on behalf of himself and others similarly situated,

        Plaintiff,                    Case No. 08-cv-002 (DC) (DFE)

    - v. -                           **STATEMENT PURSUANT TO FEDERAL CIVIL RULE 7.1**

WESTWAY DINER, INC.,

        Defendant.
------------------------------------------------------------X

To:    D. Maimon Kirschenbaum, Esq. (DK-2338)
        JOSEPH & HERZFELD LLP
        757 Third Avenue, 25th Floor
        New York, NY 10017
        Tel: (212) 688-5640

*Attorneys for Plaintiff*

Pursuant to Federal Rule of Civil Procedure 7.1 undersigned counsel of record of corporate defendant WESTWAY DINER, INC. ("Corporate Defendant") states that there are no corporate parents of the Corporate Defendant and that no publicly held corporation owns any stock in the Corporate Defendant.

Dated: February 4, 2008
       Forest Hills, New York
                                       MITCHELL & INCANTALUPO

                                       By:_____/S/_____
                                         Arthur H. Forman (AF-9646)
                                         98-20 Metropolitan Avenue
                                         Forest Hills, New York 11375
                                         Tel: 718-268-2616

                                         *Attorneys for Defendant*