```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
ANDREAS PEFANIS on behalf of himself     :   08 CIV. 002 (DLC)
and all others similarly situated,       :
                                         :   PRETRIAL
              Plaintiff,                 :   SCHEDULING ORDER
         -v-                             :
                                         :
WESTWAY DINER, INC.,                     :
                                         :
              Defendant.                 :
                                         :
-----------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2-22-08

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on February 22, 2008, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **February 29, 2008**.

2. No additional parties may be joined or pleadings amended after **March 28, 2008**.

3. The parties are instructed to contact the chambers of Magistrate Judge Eaton prior to **May 9, 2008** in order to pursue settlement discussions under his supervision.

4. All fact discovery must be completed by **May 30, 2008**.

5. The following motion will be served by the dates indicated below.

   Any motion for summary judgment

   - Motion served by **June 27, 2008**
   - Opposition served by **July 18, 2008**
   - Reply served by **July 25, 2008**

   At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

6.  In the event no motion is filed, the Joint Pretrial Order must be filed by **June 27, 2008**.

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
         February 22, 2008

                              _____
                              DENISE COTE
                              United States District Judge