UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ -X
                                                                    :
ANDREAS PEFANIS on behalf of himself and all others                 :   08 CIV. 002 (DLC) (DFE)*
similarly situated,                                                 :
                                                                    :   ORDER OF
                                                                    :   REFERENCE TO A
                        Plaintiff,                                  :   MAGISTRATE JUDGE
        -v-                                                         :
                                                                    :
WESTWAY DINER, INC.,                                                :
                                                                    :
                        Defendant.                                  :
                                                                    :
------------------------------------------------------------------ -X

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____              │
│ DATE FILED: 2-22-08         │
└─────────────────────────────┘
```

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. Section 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute* | ___ | Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction Purpose: _____ |
| | _____ | | |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| X | Settlement* | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |
| | | | _____ |

\*   Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:   New York, New York
             February 22, 2008

                                                       _____
                                                       DENISE COTE
                                               United States District Judge