```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDREAS PEFANIS, on behalf of himself
and all others similarly situated,

                Plaintiff,

-v-

WESTWAY DINER, INC.,

                Defendant.
------------------------------------------------------------X

08 CIV. 002 (DLC) (DFE)

**PROPOSED FIRST**
**REVISED SCHEDULING ORDER**

DENISE COTE, District Judge:

    The following schedule shall govern the further conduct of pretrial proceedings in this case:

1.    All fact discovery must be completed by July 30, 2008.

2.    The following motion will be served by the dates indicated below:

Any motion for summary judgment

- Motion served by August 29, 2008
- Opposition served by September 12, 2008
- Reply served by September 19, 2008

At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

3.    In the event no motion is filed, the Joint Pretrial Order must be filed by August 29, 2008.

As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated: June 2, 2008

                              _____
                              DENISE COTE
                              United States District Judge