FROM : Arthur H. Forman, Esq.      FAX NO. : 718-575-1600      May. 30 2008 12:41PM  P2

05/15/2008  12:28   2126882548       JOSEPH & HERZFELD           PAGE  03/03

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ANDREAS PEFANIS on behalf of
themselves and others similarly situated,

          Plaintiff,

   v.

WESTWAY DINER, INC.

          Defendants.
------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08
```

INDEX NO: 08cv002 (DLC)

### STIPULATION TO AMEND COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action, that Plaintiffs may file and serve a Amended Complaint to in the above-captioned matter.

Dated: New York, New York
      May 30, 2008

JOSEPH & HERZFELD LLP

By: _____
D. Maimon Kirschenbaum (DK-2338)

Charles E. Joseph (CJ-9442)
757 Third Avenue, 25th Fl
New York, NY 10017
Tel: (212) 688-5640
Fax: (212) 688-2548

*Attorneys for Plaintiffs*

MITCHELL & INCANTALUPO

By: _____
Arthur Forman (AF-9646)

Arthur H. Forman, Esq.
98-20 Metropolitan Avenue
Forest Hills, New York 11375
(718) 268-2616

*Attorney for Defendants*

_____
U.S.D.J.

June 3, 2008