D. Maimon Kirschenbaum (DK-2338)
Charles E. Joseph (CJ-9442)
JOSEPH & HERZFELD LLP
757 Third Avenue
25th Floor
New York, NY 10017
Tel: (212) 688-5640
Fax: (212) 688-2548

*Attorneys for Plaintiff, the FLSA Collective Plaintiffs and the proposed Class*
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
**ANDREAS PEFANIS on behalf of himself and others similarly situated,**        INDEX NO: 08 cv 002 (DLC)


**Plaintiff,**


        v.

**WESTWAY DINER, INC.,**


**Defendant.**
---------------------------------------------------------x


**NOTICE OF PLAINTIFF'S MOTION FOR CONDITIONAL COLLECTIVE CERTIFICATION AND FOR COURT FACILITATION OF NOTICE PURSUANT TO 29 U.S.C. § 216(b)**


Please take notice that upon the accompanying Memorandum of Law and

annexed materials, Plaintiff, on behalf of himself and all others similarly situated, by his

undersigned attorneys, shall move the Court before the Honorable Judge Denise L. Cote,

at the United States Courthouse for the Southern District of New York, 500 Pearl Street,

New York, New York, on such day and time as counsel may be heard, for the following relief in this Fair Labor Standards Act collective action:

(1) Conditional certification of this action as a representative collective action pursuant to the FLSA, 29 U.S.C. § 216(b) on behalf of all non-exempt hourly employees employed within the last three years.

(2) Court facilitated notice of this FLSA action to the Covered Employees including a consent form (opt-in form) as authorized by the FLSA.

(3) Approval of the proposed FLSA notice of this action and the consent form.

(4) Production of the Covered Employees in a computer readable data file containing their names, last known mailing addresses, telephone numbers, Social Security numbers, work locations, and dates of employment.

(5) Posting of the Notice, along with the consent forms, in each of Westway's locations where Covered Employees are employed.

Dated: New York, New York
August 22, 2008

Respectfully submitted,

JOSEPH & HERZFELD LLP
By:   /s/ D. Maimon Kirschenbaum
         D. Maimon Kirschenbaum (DK-2338)

Charles E. Joseph (CJ-9442)
757 Third Avenue
25th Floor
New York, NY 10017
Tel: (212) 688-5640
Fax: (212) 688-2548
*Attorneys for Plaintiff, proposed collective action members and proposed class*