USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
ANDREAS PEFANIS on behalf of himself :
and others similarly situated,          :
                        Plaintiff, : 08 Civ. 002 (DLC)
                                        :
         -v-                          : ORDER
                                        :
WESTWAY DINER, INC.,                    :
                        Defendant.  :
------------------------------------------X

DENISE COTE, District Judge:

    Plaintiff's motion for collective action notice having been filed on August 22, 2008, it is hereby

    ORDERED that defendant's opposition is due September 12; any reply is due September 19. At the time any reply is filed, plaintiff shall provide two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

    IT IS FURTHER ORDERED that the summary judgment schedule remains as reflected in the June 2, 2008 Order.

    IT IS FURTHER ORDERED that this action is removed from the September 15, 2008 trial-ready calendar.

    SO ORDERED:

Dated:   New York, New York
          August 25, 2008

                                              _____
                                                DENISE COTE
                                 United States District Judge