UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- -X
                    :

ANDREAS PEFANIS on behalf of himself and all others  :
similarly situated,
                    :

           Plaintiff,        :
     -v-                    :

WESTWAY DINER, INC.,            :

           Defendant.    :
                    :
------------------------------------------------------------------- -X

08 CIV. 002 (DLC) (DFE)*

ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 10/15/08

DENISE COTE, District Judge:

     The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

____  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____  Consent under 28 U.S.C. Section 636(c) for all purposes (including trial)

____  Specific Non-Dispositive Motion/Dispute*

____  Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose: _____

_____

_____

____  If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____  Habeas Corpus

_X_  Settlement*

____  Social Security

____  Inquest After Default/Damages Hearing

____  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

_____

*    Do not check if already referred for general pretrial.

**SO ORDERED:**

DATED:    New York, New York
          October 14, 2008

_____
**DENISE COTE**
United States District Judge