## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by WESTWAY DINER, INC. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

__Salvador Peralta__
Full Legal Name (Print)

__[signature]__
Signature

__12/31/08__
Date

Client Information

Name: Salvador Peralta

Telephone Number(s): (917) 447-27-30

(212) 533-18-74