UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
ANDREAS PEFANIS on behalf of
themselves and others similarly situated,


                    Plaintiff,

                                                    INDEX NO: 08 CIV 002(DC)


      v.

WESTWAY DINER, INC.


                    Defendants.
-------------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Plaintiff

will and hereby does move this Court before the Honorable Denise L. Cote, United States

District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007, on a date

to be determined by the Court or as soon thereafter as counsel may be heard for an order

certifying the Class pursuant to Fed. R. Civ. P. 23.

Dated: March 12, 2009
       New York, New York


                                        JOSEPH & HERZFELD LLP

                                        /s/ D. Maimon Kirschenbaum
                                        D. Maimon Kirschenbaum (DK 2338)

                                        Charles Joseph (CJ 9442)
                                        757 Third Avenue, 25th Floor
                                        New York, New York 10017
                                        Tel: 212-688-5640
                                        Fax: 212-688-2548

                                        *Attorneys for Plaintiff*