UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ANDREAS PEFANIS, on behalf of himself and
others similarly situated,

                Plaintiff,                   Case No.  08-cv-002 (DC) (DFE)

        - v. -                         **AFFIRMATION OF DEFENDANT'S
ATTORNEY IN OPPOSITION**

WESTWAY DINER, INC.,

                Defendant.
-------------------------------------------------------------X

ARTHUR H. FORMAN declares the truth of the following under penalty of perjury:

1.      I am the attorney for the Defendant in the above captioned action.  I submit this Affirmation in opposition to the motion of the Plaintiffs for class action certification.

2.      Annexed hereto as Exhibit "A" is the plaintiffs' Amended Complaint.

3.      Annexed hereto as Exhibit "B" is the Consent to become a party plaintiff of Salvador Peralta.

Dated: May 26, 2009
       Forest Hills, New York

                                 _____/S/_____
                                 Arthur H. Forman (AF-9646)
                                 MITCHELL & INCANTALUPO
                                 98-20 Metropolitan Avenue
                                 Forest Hills, New York 11375
                                 Tel: 718-997-1000

                                 *Attorneys for Defendant*