## DECLARATION OF SERVICE

  Arthur H. Forman, pursuant to 28 USC §1746 declares under penalty of perjury that on May 26, 2009 he served the within Attorney's Affirmation with Exhibits, and Memorandum of Law on the following listed parties by U.S. 1st Class Mail:

>D. Maimon Kirschenbaum, Esq.
>JOSEPH & HERZFELD LLP
>757 Third Avenue, 25th Floor
>New York, NY 10017

Dated: May 26, 2009
   Forest Hills, New York

                /S/
               ARTHUR H. FORMAN