# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

Andreas Pefanis, on behalf of himself and others similarly situated,

v.

Westway Diner, Inc.

**APPEARANCE**

Case Number: 08CV002

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ANDREAS PEFANIS, on behalf of himself and other similarly situated

I certify that I am admitted to practice in this court.

6/4/09
Date

Signature

Denise Schulman — DS-8066
Print Name — Bar Number

757 Third Avenue, 25th Floor
Address

New York | NY | 10017
City | State | Zip Code

(212) 688-5640 | (212) 688-2548
Phone Number | Fax Number