USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/09

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
ANDREAS PEFANIS on behalf of himself    :
and others similarly situated,          :
                      Plaintiff,        :    08 Civ. 002 (DLC)
                                        :
          -v-                           :         ORDER
                                        :
WESTWAY DINER, INC.,                    :
                      Defendant.        :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

Applying the standard articulated in In re SCOR Holding (Switzerland) AG Litigation, 537 F. Supp. 2d 556, 569-79 (S.D.N.Y. 2008), for the reasons stated on the record in a telephone conference held with the parties today, it is hereby

ORDERED that the plaintiff's March 12, 2009 motion for class certification is granted.

IT IS FURTHER ORDERED that the parties shall make the submissions described on the record by August 14, 2009.

SO ORDERED:

Dated:   New York, New York
         August 7, 2009

                                           /s/ Denise Cote
                                    _____
                                              DENISE COTE
                                       United States District Judge