# JOSEPH, HERZFELD, HESTER & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
Diane Hester
D. Maimon Kirschenbaum
Amy Zobel
Michael D. Palmer
Brian F. Fredricks
Denise A. Schulman

Counsel:
Michael DiChiara*
*Also admitted in NJ & MA

757 Third Avenue, 25th Floor
New York, NY 10017
Phone (212) 688-5640
Fax (212) 688-2548
www.jhllp.com

**MEMO ENDORSED**



RECEIVED
AUG 11 2009
CHAMBERS OF
DENISE COTE

August 10, 2009

VIA HAND DELIVERY

Honorable Denise L. Cote
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/09

Re: *Andreas Pefanis, et al., v. Westway Diner, Inc.*
     Index No.: 08CIV002 (DC)

Dear Judge Cote:

We represent Plaintiffs in the above-captioned matter. On August 7, 2009, the Court granted Plaintiffs' motion for class certification and ordered the Parties to submit a proposed discovery schedule, proposed notice and a proposed order on or before this Friday, August 14, 2009. I write on behalf of both parties to respectfully request an extension this deadline. The parties have agreed to schedule a settlement conference before Magistrate Judge Eaton and believe that it would be useful to put off the mailing of notices and any further litigation pending the outcome of the settlement conference. Accordingly, the parties request that the Court allow the parties to submit the proposed discovery schedule, proposed order, and proposed notice to class members on or before seven (7) days following the settlement conference. In any event, the parties will update the Court regarding our progress on or before September 10, 2009.

*The parties must contact Magistrate Judge Maas no later than August 14, 2009 to schedule settlem't discussions. In the event there is no settlem't, the proposed discovery schedule and class notice must be submitted by October 2, 2009.*

*/s/ Denise Cote*
*August 11, 2009*

Thank you for your attention to this matter.

Respectfully submitted,

JOSEPH, HERZFELD, HESTER & KIRSCHENBAUM LLP

By: _____
D. Maimon Kirschenbaum

cc: Arthur Forman, Esq.