JOSEPH, HERZFELD, HESTER & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
Diane Hester
D. Maimon Kirschenbaum
Amy Zobel
Michael D. Palmer
Brian F. Fredricks
Denise A. Schulman

Counsel:
Michael DiChiara*
*Also admitted in NJ & MA

757 Third Avenue, 25th Floor
New York, NY 10017
Phone (212) 688-5640
Fax (212) 688-2548
www.jhllp.com

RECEIVED AUG 17 2009

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/09

August 14, 2009

VIA HAND DELIVERY

Honorable Denise L. Cote
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: *Andreas Pefanis, et al., v. Westway Diner, Inc.*
    Index No.: 08CIV002 (DC)

Dear Judge Cote:

We represent Plaintiffs in the above-captioned matter. On August 11, 2009, the Court Ordered Plaintiffs to arrange a settlement conference before Judge Maas on or before August 14, 2009. However, pursuant to the Court's February 22, 2008 referral of this matter to Magistrate Judge Eaton for settlement purposes, the parties had already scheduled a settlement conference before Magistrate Judge Eaton for August 17, 2009. We respectfully request that this be deemed in accordance with the Court's Order.

Thank you for your attention to this matter.

Respectfully submitted,

JOSEPH, HERZFELD, HESTER & KIRSCHENBAUM LLP

By:_____
    D. Maimon Kirschenbaum

cc: Arthur Forman, Esq.

*[Handwritten endorsement:]* The reference to Judge Maas was the Court's error. The parties need not contact Judge Maas.

Denise Cote
August 17, 2009