```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
ANDREAS PEFANIS on behalf of himself    :
and others similarly situated,          :
                       Plaintiff,       :        08 Civ. 002  (DLC)
                                        :
           -v-                          :             ORDER
                                        :
WESTWAY DINER, INC.,                    :
                       Defendant.       :
                                        :
----------------------------------------X
```

┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____    │
│ DATE FILED: 12-29-09        │
└─────────────────────────────┘

DENISE COTE, District Judge:

     Based on the testimony heard and the argument of counsel at
the hearing held on the record on December 29, 2009, it is
hereby

     ORDERED that the exclusion request forms previously
submitted by current employees of defendant Westway Diner, Inc.
are invalid.

     IT IS FURTHER ORDERED that curative notice shall be posted
in the workplace at Westway Diner and revised exclusion request
forms shall be sent to current employees who previously opted
out of this class action.

     IT IS FURTHER ORDERED that counsel for both parties shall
submit to the Court a proposed curative notice to be posted in
the workplace and a proposed revised exclusion request form to

be sent to current employees who previously opted out by **January 15, 2010**.

    SO ORDERED:

Dated:    New York, New York
          December 29, 2009

                                       DENISE COTE
                         United States District Judge