United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

|  |  |
|---|---|
| **Pefanis** | NOTICE OF REASSIGNMENT<br>of Designation to a Magistrate Judge |
| V. | 08 cv 002 |
| **Westway Diner, Inc.** |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Pursuant to the memorandum of the Case Processing Assistant, the above-entitled action is reassigned to the calendar of

**Mag. Judge Ellis**

All future documents submitted in this action are to be electronically filed (ECF cases ONLY) or presented in the Clerk's Office of the Southern District Court (Non-ECF cases) for filing and shall bear the assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

J. Michael McMahon, CLERK

**Dated: 1/14/10**

By:   <u>Leyni Disla</u>
Deputy Clerk

cc:   Attorneys of Record
PS REASSIGNMENT FORM

Data Quality Control                                              Revised:  March  9, 2001