```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-14-10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ANDREAS PEFANIS, on behalf of himself and :
all others similarly situated,           :
                        Plaintiff,       :   08cv0002 (DLC)(RLE)
                                         :
            -v-                          :   ORDER OF
                                         :   REFERENCE TO A
WESTWAY DINER, INC.,                     :   MAGISTRATE JUDGE
                        Defendant.       :
----------------------------------------X

DENISE COTE, District Judge:

   The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Specific Non-Dispositive Motion/Dispute
_____
_____

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:
_____

   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:
_____

___ Habeas Corpus

_X_ Settlement

___ Social Security

___ Inquest After Default/Damages Hearing

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:
_____

   SO ORDERED:

Dated:   New York, New York
         January 14, 2010

                              /s/ Denise Cote
                              _____
                              DENISE COTE
                              United States District Judge