```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
ANDREAS PEFANIS on behalf of himself       :
and others similarly situated,             :
                            Plaintiff,     :    08 Civ. 002 (DLC)
                                           :
              -v-                          :         ORDER
                                           :
WESTWAY DINER, INC.,                       :
                            Defendant.     :
                                           :
-------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/10

DENISE COTE, District Judge:

Pursuant to the revised pretrial schedule set forth in the Court's January 19, 2010 Order, it is hereby

ORDERED that this case is removed from the March 8, 2010 trial ready calendar.

SO ORDERED:

Dated:   New York, New York
         January 20, 2010

_____
DENISE COTE
United States District Judge