UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------X

ANDREAS PEFANIS on behalf of himself and others similarly situated,

Plaintiffs,

-against-

Index No.: 08cv002(DLC)

WESTWAY DINER, INC.,

Defendant.

-----------------------------------------X

757 3rd Avenue
New York, New York

March 18, 2010
4:45 P.M.

EXAMINATION BEFORE TRIAL of SALVADOR PERALTA, the Witness herein, taken by the attorney for the Defendant pursuant to Notice, held at the above-stated time and place before Amanda Yannotti, a Notary Public of the State of New York.

- - - -

COPY

Q Before working at Tishman Speyer, where did you work?

A Westway.

Q You worked at Westway until when, do you know?

A My last day was the 18th of April of 2008.

Q How long had you worked at Westway?

A The first time I started in 1992 as a dishwasher.

Q How long were you a dishwasher?

A About two years in the evening.

Q Did your job change at Westway?

A At the same place but in the basement.

Q That was around 1994?

A No, around that date I came out.

Q You left Westway?

A Yes -- No, because I wanted to find a job that would pay more. They increased me about two hundred dollars more.

Q You left Westway for another job or did you decide to stay at Westway?

A I mean I left for a while and I didn't find anything. Then I returned to Westway in

1996.

Q After leaving Westway and before returning, did you work anywhere else?

A No, not at that point.

Q Did you collect unemployment benefits during that period of time?

A No.

Q When you came back to Westway, was that around 1996?

A Yes.

Q What was the job when you came back?

A The same. In the basement cleaning from two in the afternoon until two in the evening.

Q Do you know for how long did you have that job?

A I don't remember but it was about three years more or less.

Q Then did you get another job at Westway or did you leave?

A No, I stayed there.

Q What changed after three years?

A A friend of mine had an accident right there. His fingers and his hand got cut there at


the job. The one that prepared cut his fingers.

Q Did you take his job?

A Yes.

Q When you took his job, what did you call that job? Did it have a name?

A Preparer.

Q When you first got that position, that was around 1999?

A More or less. I don't remember very well what day it was but more or less.

Q How long did you have that position?

A Until 2008, then I came out.

Q You had the same job until you left Westway?

A Yes.

Q Do you know what your hours were when you first got that job as a preparer?

A No.

Q Do you remember what your salary was when you first got that position?

A At first they gave me $400.

Q That was a week?

A Yes.

Q Did that amount ever change?

A It changed in 2004.

Q Do you know if that was in January 2004 or when was it?

A I don't remember.

Q What did it change to? How much did they pay you after that?

A Twenty dollars more.

Q Is that $420 a week?

A Yes.

Q For how long was that your salary?

A I believe for one year or more.

Q Then what did it change to?

A Another twenty dollars more.

Q Did that ever change?

A In 2005 they gave me ten dollars more, which was $450. It was six days and I used to work ten hours a day.

MS. SCHULMAN: Off the record.

(Whereupon, an off the record discussion was held.)

Q Mr. Peralta, for the record, you left the room. Don't tell me what you told to your attorney, but did you discuss what you had previously told me in the deposition?

Salvador Peralta

A No.

Q You didn't discuss any of the questions that I have already asked you?

A No.

Q You last told me that your last salary was $450 a week. Do you recall that?

A Yes.

Q Do you know what year that was that you first received $450 a week?

A It was in 2005.

Q For how long was your salary $450 a week?

A Until 2007.

Q Then what was your salary?

A Twenty dollars more.

Q $470 per week?

A Yes.

Q Did that ever change?

A No, I changed my job.

Q Until you left Westway your final salary was $470 a week?

A It was about two checks.

Q After 2007, you would sometimes receive two checks a week?

Salvador Peralta

Q When you started as a preparer, what was your schedule?

A Six in the morning until four in the afternoon.

Q What days of the week did you work when you were first a preparer?

A Monday through Saturday.

Q Six days a week?

A Yes.

Q Did that schedule ever change, do you know?

A No.

Q Until you left Westway you always worked Monday through Saturday?

A Yes.

Q Until you left Westway you always worked six a.m. to four p.m.?

A Yes.

Q What was the work that you did? What were your job duties?

A I used to prepare the coleslaw, the tuna salad, the chicken salad, I prepared the turkey, meatloaf. I used to prepare the roast chicken, spinach pie, and quiche Lorraine.

Salvador Peralta

Sometimes I prepared the roast beef, the corn beef, I prepared the mozzarella stick. It was a heavy job. I used to have to cut them and prepare them. I used to do more than the chef and I used to clean the basement.

Q Do you recall ever starting work before six a.m.?

A I used to always arrive at five-thirty. I used to always come in early. I would change into my clothing and I would start to work and receive the deliveries and all of that.

Q Did you sign in when you came to work?

A No.

Q Did you clock in when you came to work?

A No.

Q Did you report to anybody when you first came to work?

A No, the owner was always there before us.

Q Who was that?

A Sometimes it was Kyriakos or sometimes Thomas. No one else. Most of the times they were there.

Q Do you know his first name, Kyriakos?

Salvador Peralta

A No.

Q Did you have a meal break any time between six a.m. and four p.m. when you worked?

A Sometimes no.

Q Did you ever have a meal break?

A Almost no.

Q Would you eat any time between six a.m. and four p.m.?

A I would taste things to see whether they were good. That's all that I used to eat sometimes. Sometimes I would eat a sandwich.

Q Would that be a sandwich that you would bring from home or a sandwich from the restaurant?

A From the restaurant.

Q How often would you eat something from the restaurant?

A Sometimes when there was a chance or opportunity to eat.

Q In a typical week, how often would that happen?

A Very little. Almost no.

Q In a typical week, how many days out of the six would you not eat anything?

A Generally almost everyday, but as I'm

Salvador Peralta

saying, a little bit. I would taste things to see if they were good or they had good taste and nothing else.

Q When you were tasting, you were still working, is that correct?

A Yes.

Q Do you ever recall getting time for a meal break when you worked at Westway?

A No.

Q Never?

A Never.

Q Did anybody work with you downstairs preparing food when you would start at six a.m.?

A I don't remember in what year it was, they had a fellah come in to accommodate the delivery.

Q While you were at Westway, did anybody else work in the same area as you?

A No. I was alone for a while and then I had the fellah that happened to accommodate things.

Q How long did he work with you?

A It varied because the owner was very demanding and they didn't withstand the pressure.

Q When you did your job preparing foods,

you said that was located in the basement, is that correct?

A Yes.

Q Nobody else worked in the basement while you were at Westway?

A Oh, yes, the baker.

Q Anybody else?

A No, just him and I.

Q While you worked at Westway, was it always the same baker or did it change?

A The same -- They changed.

Q There were different people that were bakers while you worked at Westway?

A Yes, the one that is currently the baker, his name is Lucas.

Q He's still there?

A I think, yes.

Q How long has he been at Westway, do you know?

A I believe about three years. He goes and he comes.

Q What were his hours when you were working there?

A They have better hours than us.