UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

ANDREAS PEFANIS on behalf of himself and others
similarly situated,

       08 Civ. 002 (DLC)

    Plaintiff,

       **EXCLUSION
       REQUEST FORM**

  -v-

WESTWAY DINER, INC.,

    Defendant.

---------------------------------------------------------------- X

  I hereby request to be excluded from this class action lawsuit for unpaid wages known as Pefanis v. Westway Diner, Inc., Case No. 08-Civil-002. I understand that by excluding myself, I will not get any money or other benefits that may come from a trial or settlement of this lawsuit. However, I will not be bound by any of the Court's orders or judgments in this class action lawsuit. I will also keep any rights that I may have to sue Westway Diner, Inc. ("Westway") in a separate lawsuit for unpaid wages and benefits.

  I understand that I have the right to remain in this class action lawsuit even if I am still employed by Westway. I understand that Westway may not retaliate or take any adverse action against me if I remain in this class action lawsuit. I affirm that Westway did not require or encourage me to exclude myself from this class action lawsuit.

_SPIRIDON BENARDIS_
Full Legal Name (Print)

_[signature]_
Signature

_02 - 06 - 2010_
Date

  If you wish to be excluded from this class action lawsuit, you must read, sign, and return this form by **March 8, 2010** directly to:

D. Maimon Kirschenbaum
Joseph, Herzfeld, Hester & Kirschenbaum LLP
757 Third Avenue, 25th Floor
New York, NY 10017

DO NOT MAIL THIS FORM IF YOU WANT TO REMAIN IN THE CLASS.

THIS FORM IS NOT VALID UNLESS YOU MAIL IT DIRECTLY TO THE ADDRESS ABOVE. IF YOU GIVE THIS FORM TO A WESTWAY MANAGER OR REPRESENTATIVE, IT WILL NOT BE VALID AND YOU WILL REMAIN IN THE CLASS.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
ANDREAS PEFANIS on behalf of himself and others similarly situated,

                    Plaintiff,

          -v-

WESTWAY DINER, INC.,

                    Defendant.
------------------------------------------------------------------ X

08 Civ. 002 (DLC)

**EXCLUSION REQUEST FORM**

     I hereby request to be excluded from this class action lawsuit for unpaid wages known as Pefanis v. Westway Diner, Inc., Case No. 08-Civil-002. I understand that by excluding myself, I will not get any money or other benefits that may come from a trial or settlement of this lawsuit. However, I will not be bound by any of the Court's orders or judgments in this class action lawsuit. I will also keep any rights that I may have to sue Westway Diner, Inc. ("Westway") in a separate lawsuit for unpaid wages and benefits.

     I understand that I have the right to remain in this class action lawsuit even if I am still employed by Westway. I understand that Westway may not retaliate or take any adverse action against me if I remain in this class action lawsuit. I affirm that Westway did not require or encourage me to exclude myself from this class action lawsuit.

_Mario Carpeño Atiopan_
Full Legal Name (Print)

_[signature]_
Signature

02/02/2010
Date

     If you wish to be excluded from this class action lawsuit, you must read, sign, and return this form by **March 8, 2010** directly to:

                      D. Maimon Kirschenbaum
          Joseph, Herzfeld, Hester & Kirschenbaum LLP
                757 Third Avenue, 25th Floor
                    New York, NY 10017

**DO NOT MAIL THIS FORM IF YOU WANT TO REMAIN IN THE CLASS.**

**THIS FORM IS NOT VALID UNLESS YOU MAIL IT DIRECTLY TO THE ADDRESS ABOVE. IF YOU GIVE THIS FORM TO A WESTWAY MANAGER OR REPRESENTATIVE, IT WILL NOT BE VALID AND YOU WILL REMAIN IN THE CLASS.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

ANDREAS PEFANIS on behalf of himself and others
similarly situated,

                08 Civ. 002 (DLC)

              Plaintiff,

                **EXCLUSION
                REQUEST FORM**

    -v-

WESTWAY DINER, INC.,

             Defendant.

------------------------------------------------------------- X

    I hereby request to be excluded from this class action lawsuit for unpaid wages known as Pefanis v. Westway Diner, Inc., Case No. 08-Civil-002. I understand that by excluding myself, I will not get any money or other benefits that may come from a trial or settlement of this lawsuit. However, I will not be bound by any of the Court's orders or judgments in this class action lawsuit. I will also keep any rights that I may have to sue Westway Diner, Inc. ("Westway") in a separate lawsuit for unpaid wages and benefits.

    I understand that I have the right to remain in this class action lawsuit even if I am still employed by Westway. I understand that Westway may not retaliate or take any adverse action against me if I remain in this class action lawsuit. I affirm that Westway did not require or encourage me to exclude myself from this class action lawsuit.

Christina Lafnos
Full Legal Name (Print)

*[signature]*
Signature

2/11/10
Date

    If you wish to be excluded from this class action lawsuit, you must read, sign, and return this form by **March 8, 2010** directly to:

              **D. Maimon Kirschenbaum
     Joseph, Herzfeld, Hester & Kirschenbaum LLP
            757 Third Avenue, 25th Floor
                New York, NY 10017**

**DO NOT MAIL THIS FORM IF YOU WANT TO REMAIN IN THE CLASS.**

**THIS FORM IS NOT VALID UNLESS YOU MAIL IT DIRECTLY TO THE ADDRESS ABOVE. IF YOU GIVE THIS FORM TO A WESTWAY MANAGER OR REPRESENTATIVE, IT WILL NOT BE VALID AND YOU WILL REMAIN IN THE CLASS.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

ANDREAS PEFANIS on behalf of himself and others similarly situated,

                              Plaintiff,

                -v-

WESTWAY DINER, INC.,

                              Defendant.

------------------------------------------------------------- X

08 Civ. 002 (DLC)

**EXCLUSION REQUEST FORM**

      I hereby request to be excluded from this class action lawsuit for unpaid wages known as Pefanis v. Westway Diner, Inc., Case No. 08-Civil-002. I understand that by excluding myself, I will not get any money or other benefits that may come from a trial or settlement of this lawsuit. However, I will not be bound by any of the Court's orders or judgments in this class action lawsuit. I will also keep any rights that I may have to sue Westway Diner, Inc. ("Westway") in a separate lawsuit for unpaid wages and benefits.

      I understand that I have the right to remain in this class action lawsuit even if I am still employed by Westway. I understand that Westway may not retaliate or take any adverse action against me if I remain in this class action lawsuit. I affirm that Westway did not require or encourage me to exclude myself from this class action lawsuit.

*MARIA DAFNOS*
Full Legal Name (Print)

*Maria Dafnos*
Signature

*1/26/2010*
Date

      If you wish to be excluded from this class action lawsuit, you must read, sign, and return this form by **March 8, 2010** directly to:

                              D. Maimon Kirschenbaum
                Joseph, Herzfeld, Hester & Kirschenbaum LLP
                       757 Third Avenue, 25th Floor
                               New York, NY 10017

**DO NOT MAIL THIS FORM IF YOU WANT TO REMAIN IN THE CLASS.**

**THIS FORM IS NOT VALID UNLESS YOU MAIL IT DIRECTLY TO THE ADDRESS ABOVE. IF YOU GIVE THIS FORM TO A WESTWAY MANAGER OR REPRESENTATIVE, IT WILL NOT BE VALID AND YOU WILL REMAIN IN THE CLASS.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
ANDREAS PEFANIS on behalf of himself and others :
similarly situated, :
:   08 Civ. 002 (DLC)
:
Plaintiff, :
:   **EXCLUSION**
-v- :   **REQUEST FORM**
:
:
WESTWAY DINER, INC., :
:
Defendant. :
:
------------------------------------------------------------------ X

     I hereby request to be excluded from this class action lawsuit for unpaid wages known as Pefanis v. Westway Diner, Inc., Case No. 08-Civil-002. I understand that by excluding myself, I will not get any money or other benefits that may come from a trial or settlement of this lawsuit. However, I will not be bound by any of the Court's orders or judgments in this class action lawsuit. I will also keep any rights that I may have to sue Westway Diner, Inc. ("Westway") in a separate lawsuit for unpaid wages and benefits.

     I understand that I have the right to remain in this class action lawsuit even if I am still employed by Westway. I understand that Westway may not retaliate or take any adverse action against me if I remain in this class action lawsuit. I affirm that Westway did not require or encourage me to exclude myself from this class action lawsuit.

_Panagiotis Dafnos_
Full Legal Name (Print)

_[signature]_
Signature

_1/30/10_
Date

     If you wish to be excluded from this class action lawsuit, you must read, sign, and return this form by **March 8, 2010** directly to:

                   D. Maimon Kirschenbaum
      Joseph, Herzfeld, Hester & Kirschenbaum LLP
              757 Third Avenue, 25th Floor
                  New York, NY 10017

**DO NOT MAIL THIS FORM IF YOU WANT TO REMAIN IN THE CLASS.**

**THIS FORM IS NOT VALID UNLESS YOU MAIL IT DIRECTLY TO THE ADDRESS ABOVE. IF YOU GIVE THIS FORM TO A WESTWAY MANAGER OR REPRESENTATIVE, IT WILL NOT BE VALID AND YOU WILL REMAIN IN THE CLASS.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

ANDREAS PEFANIS on behalf of himself and others
similarly situated,

                              Plaintiff,

              -v-

WESTWAY DINER, INC.,

                              Defendant.

------------------------------------------------------------------ X

08 Civ. 002 (DLC)

**EXCLUSION REQUEST FORM**

      I hereby request to be excluded from this class action lawsuit for unpaid wages known as Pefanis v. Westway Diner, Inc., Case No. 08-Civil-002. I understand that by excluding myself, I will not get any money or other benefits that may come from a trial or settlement of this lawsuit. However, I will not be bound by any of the Court's orders or judgments in this class action lawsuit. I will also keep any rights that I may have to sue Westway Diner, Inc. ("Westway") in a separate lawsuit for unpaid wages and benefits.

      I understand that I have the right to remain in this class action lawsuit even if I am still employed by Westway. I understand that Westway may not retaliate or take any adverse action against me if I remain in this class action lawsuit. I affirm that Westway did not require or encourage me to exclude myself from this class action lawsuit.

ERIC A. GALINDO
Full Legal Name (Print)

_Eric G_
Signature

01-27-10
Date

      If you wish to be excluded from this class action lawsuit, you must read, sign, and return this form by **March 8, 2010** directly to:

                **D. Maimon Kirschenbaum**
      **Joseph, Herzfeld, Hester & Kirschenbaum LLP**
              **757 Third Avenue, 25th Floor**
                  **New York, NY 10017**

**DO NOT MAIL THIS FORM IF YOU WANT TO REMAIN IN THE CLASS.**

**THIS FORM IS NOT VALID UNLESS YOU MAIL IT DIRECTLY TO THE ADDRESS ABOVE. IF YOU GIVE THIS FORM TO A WESTWAY MANAGER OR REPRESENTATIVE, IT WILL NOT BE VALID AND YOU WILL REMAIN IN THE CLASS.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

ANDREAS PEFANIS on behalf of himself and others
similarly situated,

                                                08 Civ. 002 (DLC)

                      Plaintiff,

                                                **EXCLUSION
                    -v-                                      REQUEST FORM**

WESTWAY DINER, INC.,

                      Defendant.

------------------------------------------------------------------ X

      I hereby request to be excluded from this class action lawsuit for unpaid wages known as Pefanis v. Westway Diner, Inc., Case No. 08-Civil-002. I understand that by excluding myself, I will not get any money or other benefits that may come from a trial or settlement of this lawsuit. However, I will not be bound by any of the Court's orders or judgments in this class action lawsuit. I will also keep any rights that I may have to sue Westway Diner, Inc. ("Westway") in a separate lawsuit for unpaid wages and benefits.

      I understand that I have the right to remain in this class action lawsuit even if I am still employed by Westway. I understand that Westway may not retaliate or take any adverse action against me if I remain in this class action lawsuit. I affirm that Westway did not require or encourage me to exclude myself from this class action lawsuit.

_Hermelo Galindo_
Full Legal Name (Print)

_[signature]_
Signature

_01-27-10_
Date

      If you wish to be excluded from this class action lawsuit, you must read, sign, and return this form by **March 8, 2010** directly to:

                            **D. Maimon Kirschenbaum
              Joseph, Herzfeld, Hester & Kirschenbaum LLP
                     757 Third Avenue, 25th Floor
                              New York, NY 10017**

**DO NOT MAIL THIS FORM IF YOU WANT TO REMAIN IN THE CLASS.**

**THIS FORM IS NOT VALID UNLESS YOU MAIL IT DIRECTLY TO THE ADDRESS ABOVE. IF YOU GIVE THIS FORM TO A WESTWAY MANAGER OR REPRESENTATIVE, IT WILL NOT BE VALID AND YOU WILL REMAIN IN THE CLASS.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
ANDREAS PEFANIS on behalf of himself and others
similarly situated,

                            Plaintiff,

                -v-

WESTWAY DINER, INC.,

                          Defendant.
------------------------------------------------------------------- X

08 Civ. 002 (DLC)

**EXCLUSION REQUEST FORM**

      I hereby request to be excluded from this class action lawsuit for unpaid wages known as <u>Pefanis v. Westway Diner, Inc.</u>, Case No. 08-Civil-002. I understand that by excluding myself, I will not get any money or other benefits that may come from a trial or settlement of this lawsuit. However, I will not be bound by any of the Court's orders or judgments in this class action lawsuit. I will also keep any rights that I may have to sue Westway Diner, Inc. ("Westway") in a separate lawsuit for unpaid wages and benefits.

      I understand that I have the right to remain in this class action lawsuit even if I am still employed by Westway. I understand that Westway may not retaliate or take any adverse action against me if I remain in this class action lawsuit. I affirm that Westway did not require or encourage me to exclude myself from this class action lawsuit.

_Aurelio Guzman_
Full Legal Name (Print)

_[signature]_
Signature

_01-27-10_
Date

      If you wish to be excluded from this class action lawsuit, you must read, sign, and return this form by **March 8, 2010** directly to:

                    **D. Maimon Kirschenbaum**
      **Joseph, Herzfeld, Hester & Kirschenbaum LLP**
              **757 Third Avenue, 25th Floor**
                 **New York, NY 10017**

**DO NOT MAIL THIS FORM IF YOU WANT TO REMAIN IN THE CLASS.**

**THIS FORM IS NOT VALID UNLESS YOU MAIL IT DIRECTLY TO THE ADDRESS ABOVE. IF YOU GIVE THIS FORM TO A WESTWAY MANAGER OR REPRESENTATIVE, IT WILL NOT BE VALID AND YOU WILL REMAIN IN THE CLASS.**

West P0030

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

ANDREAS PEFANIS on behalf of himself and others
similarly situated,

                                   08 Civ. 002 (DLC)

                      Plaintiff,

                                   **EXCLUSION**
                -v-                                 **REQUEST FORM**

WESTWAY DINER, INC.,

                    Defendant.

-------------------------------------------------------------- X

      I hereby request to be excluded from this class action lawsuit for unpaid wages known as Pefanis v. Westway Diner, Inc., Case No. 08-Civil-002. I understand that by excluding myself, I will not get any money or other benefits that may come from a trial or settlement of this lawsuit. However, I will not be bound by any of the Court's orders or judgments in this class action lawsuit. I will also keep any rights that I may have to sue Westway Diner, Inc. ("Westway") in a separate lawsuit for unpaid wages and benefits.

      I understand that I have the right to remain in this class action lawsuit even if I am still employed by Westway. I understand that Westway may not retaliate or take any adverse action against me if I remain in this class action lawsuit. I affirm that Westway did not require or encourage me to exclude myself from this class action lawsuit.

_JAMES KASSIMUS_
Full Legal Name (Print)

_James Kassimus_
Signature

_1/24/10_
Date

      If you wish to be excluded from this class action lawsuit, you must read, sign, and return this form by **March 8, 2010** directly to:

                            **D. Maimon Kirschenbaum**
              **Joseph, Herzfeld, Hester & Kirschenbaum LLP**
                      **757 Third Avenue, 25th Floor**
                              **New York, NY 10017**

        **DO NOT MAIL THIS FORM IF YOU WANT TO REMAIN IN THE CLASS.**

**THIS FORM IS NOT VALID UNLESS YOU MAIL IT DIRECTLY TO THE ADDRESS ABOVE. IF YOU GIVE THIS FORM TO A WESTWAY MANAGER OR REPRESENTATIVE, IT WILL NOT BE VALID AND YOU WILL REMAIN IN THE CLASS.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                   :
ANDREAS PEFANIS on behalf of himself and others                    :
similarly situated,                                                :
                                                                   :    08 Civ. 002 (DLC)
                                  Plaintiff,                       :
                                                                   :    **EXCLUSION
             -v-                                                   :    REQUEST FORM**
                                                                   :
WESTWAY DINER, INC.,                                               :
                                  Defendant.                       :
                                                                   :
------------------------------------------------------------------ X

   I hereby request to be excluded from this class action lawsuit for unpaid wages known as
Pefanis v. Westway Diner, Inc., Case No. 08-Civil-002. I understand that by excluding myself, I
will not get any money or other benefits that may come from a trial or settlement of this lawsuit.
However, I will not be bound by any of the Court's orders or judgments in this class action lawsuit.
I will also keep any rights that I may have to sue Westway Diner, Inc. ("Westway") in a separate
lawsuit for unpaid wages and benefits.

   I understand that I have the right to remain in this class action lawsuit even if I am still
employed by Westway. I understand that Westway may not retaliate or take any adverse action
against me if I remain in this class action lawsuit. I affirm that Westway did not require or
encourage me to exclude myself from this class action lawsuit.

_Louca Loucas_
Full Legal Name (Print)

_Laura Laucas_
Signature

_1.24.10_
Date

   If you wish to be excluded from this class action lawsuit, you must read, sign, and return this
form by **March 8, 2010** directly to:

                        D. Maimon Kirschenbaum
                 Joseph, Herzfeld, Hester & Kirschenbaum LLP
                        757 Third Avenue, 25th Floor
                           New York, NY 10017

         **DO NOT MAIL THIS FORM IF YOU WANT TO REMAIN IN THE CLASS.**

   **THIS FORM IS NOT VALID UNLESS YOU MAIL IT DIRECTLY TO THE ADDRESS
       ABOVE. IF YOU GIVE THIS FORM TO A WESTWAY MANAGER OR
       REPRESENTATIVE, IT WILL NOT BE VALID AND YOU WILL REMAIN IN
                              THE CLASS.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANDREAS PEFANIS on behalf of himself and others
similarly situated,

                         Plaintiff,

      -v-

WESTWAY DINER, INC.,

                         Defendant.

------------------------------------------------------------X

08 Civ. 002 (DLC)

**EXCLUSION REQUEST FORM**

      I hereby request to be excluded from this class action lawsuit for unpaid wages known as Pefanis v. Westway Diner, Inc., Case No. 08-Civil-002. I understand that by excluding myself, I will not get any money or other benefits that may come from a trial or settlement of this lawsuit. However, I will not be bound by any of the Court's orders or judgments in this class action lawsuit. I will also keep any rights that I may have to sue Westway Diner, Inc. ("Westway") in a separate lawsuit for unpaid wages and benefits.

      I understand that I have the right to remain in this class action lawsuit even if I am still employed by Westway. I understand that Westway may not retaliate or take any adverse action against me if I remain in this class action lawsuit. I affirm that Westway did not require or encourage me to exclude myself from this class action lawsuit.

_Medine Mejia Alejandro_
Full Legal Name (Print)

_[signature]_
Signature

_26/01/2010_
Date

      If you wish to be excluded from this class action lawsuit, you must read, sign, and return this form by **March 8, 2010** directly to:

**D. Maimon Kirschenbaum**
**Joseph, Herzfeld, Hester & Kirschenbaum LLP**
**757 Third Avenue, 25th Floor**
**New York, NY 10017**

**DO NOT MAIL THIS FORM IF YOU WANT TO REMAIN IN THE CLASS.**

**THIS FORM IS NOT VALID UNLESS YOU MAIL IT DIRECTLY TO THE ADDRESS ABOVE. IF YOU GIVE THIS FORM TO A WESTWAY MANAGER OR REPRESENTATIVE, IT WILL NOT BE VALID AND YOU WILL REMAIN IN THE CLASS.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

ANDREAS PEFANIS on behalf of himself and others
similarly situated,

                        Plaintiff,

          -v-

WESTWAY DINER, INC.,

                        Defendant.

------------------------------------------------------------- X

08 Civ. 002 (DLC)

**EXCLUSION REQUEST FORM**

    I hereby request to be excluded from this class action lawsuit for unpaid wages known as Pefanis v. Westway Diner, Inc., Case No. 08-Civil-002. I understand that by excluding myself, I will not get any money or other benefits that may come from a trial or settlement of this lawsuit. However, I will not be bound by any of the Court's orders or judgments in this class action lawsuit. I will also keep any rights that I may have to sue Westway Diner, Inc. ("Westway") in a separate lawsuit for unpaid wages and benefits.

    I understand that I have the right to remain in this class action lawsuit even if I am still employed by Westway. I understand that Westway may not retaliate or take any adverse action against me if I remain in this class action lawsuit. I affirm that Westway did not require or encourage me to exclude myself from this class action lawsuit.

_Areti Monias_
Full Legal Name (Print)

_Areti Monias_
Signature

_1-25-10_
Date

    If you wish to be excluded from this class action lawsuit, you must read, sign, and return this form by **March 8, 2010** directly to:

                        **D. Maimon Kirschenbaum**
         **Joseph, Herzfeld, Hester & Kirschenbaum LLP**
                   **757 Third Avenue, 25th Floor**
                         **New York, NY 10017**

**DO NOT MAIL THIS FORM IF YOU WANT TO REMAIN IN THE CLASS.**

**THIS FORM IS NOT VALID UNLESS YOU MAIL IT DIRECTLY TO THE ADDRESS ABOVE. IF YOU GIVE THIS FORM TO A WESTWAY MANAGER OR REPRESENTATIVE, IT WILL NOT BE VALID AND YOU WILL REMAIN IN THE CLASS.**

West P0034

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ANDREAS PEFANIS on behalf of himself and others
similarly situated,

                    08 Civ. 002 (DLC)

              Plaintiff,

                    **EXCLUSION
                    REQUEST FORM**

      -v-

WESTWAY DINER, INC.,

              Defendant.

------------------------------------------------------------- X

      I hereby request to be excluded from this class action lawsuit for unpaid wages known as Pefanis v. Westway Diner, Inc., Case No. 08-Civil-002. I understand that by excluding myself, I will not get any money or other benefits that may come from a trial or settlement of this lawsuit. However, I will not be bound by any of the Court's orders or judgments in this class action lawsuit. I will also keep any rights that I may have to sue Westway Diner, Inc. ("Westway") in a separate lawsuit for unpaid wages and benefits.

      I understand that I have the right to remain in this class action lawsuit even if I am still employed by Westway. I understand that Westway may not retaliate or take any adverse action against me if I remain in this class action lawsuit. I affirm that Westway did not require or encourage me to exclude myself from this class action lawsuit.

*Panayiotis Papaserophim*
Full Legal Name (Print)

*[signature]*
Signature

1/27/10
Date

      If you wish to be excluded from this class action lawsuit, you must read, sign, and return this form by **March 8, 2010** directly to:

                    D. Maimon Kirschenbaum
        Joseph, Herzfeld, Hester & Kirschenbaum LLP
              757 Third Avenue, 25th Floor
                  New York, NY 10017

**DO NOT MAIL THIS FORM IF YOU WANT TO REMAIN IN THE CLASS.**

**THIS FORM IS NOT VALID UNLESS YOU MAIL IT DIRECTLY TO THE ADDRESS ABOVE. IF YOU GIVE THIS FORM TO A WESTWAY MANAGER OR REPRESENTATIVE, IT WILL NOT BE VALID AND YOU WILL REMAIN IN THE CLASS.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
ANDREAS PEFANIS on behalf of himself and others :
similarly situated, :
: 08 Civ. 002 (DLC)
Plaintiff, :
: **EXCLUSION**
-v- : **REQUEST FORM**
:
WESTWAY DINER, INC., :
Defendant. :
:
-------------------------------------------------------------- X

  I hereby request to be excluded from this class action lawsuit for unpaid wages known as Pefanis v. Westway Diner, Inc., Case No. 08-Civil-002. I understand that by excluding myself, I will not get any money or other benefits that may come from a trial or settlement of this lawsuit. However, I will not be bound by any of the Court's orders or judgments in this class action lawsuit. I will also keep any rights that I may have to sue Westway Diner, Inc. ("Westway") in a separate lawsuit for unpaid wages and benefits.

  I understand that I have the right to remain in this class action lawsuit even if I am still employed by Westway. I understand that Westway may not retaliate or take any adverse action against me if I remain in this class action lawsuit. I affirm that Westway did not require or encourage me to exclude myself from this class action lawsuit.

MAURO PRIETO
_____
Full Legal Name (Print)

_[signature]_
_____
Signature

02-05-10
_____
Date

  If you wish to be excluded from this class action lawsuit, you must read, sign, and return this form by **March 8, 2010** directly to:

D. Maimon Kirschenbaum
Joseph, Herzfeld, Hester & Kirschenbaum LLP
757 Third Avenue, 25th Floor
New York, NY 10017

**DO NOT MAIL THIS FORM IF YOU WANT TO REMAIN IN THE CLASS.**

**THIS FORM IS NOT VALID UNLESS YOU MAIL IT DIRECTLY TO THE ADDRESS ABOVE. IF YOU GIVE THIS FORM TO A WESTWAY MANAGER OR REPRESENTATIVE, IT WILL NOT BE VALID AND YOU WILL REMAIN IN THE CLASS.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X

ANDREAS PEFANIS on behalf of himself and others similarly situated,

                         Plaintiff,

       -v-

WESTWAY DINER, INC.,

                         Defendant.

---------------------------------------------------------------- X

08 Civ. 002 (DLC)

**EXCLUSION REQUEST FORM**

    I hereby request to be excluded from this class action lawsuit for unpaid wages known as Pefanis v. Westway Diner, Inc., Case No. 08-Civil-002. I understand that by excluding myself, I will not get any money or other benefits that may come from a trial or settlement of this lawsuit. However, I will not be bound by any of the Court's orders or judgments in this class action lawsuit. I will also keep any rights that I may have to sue Westway Diner, Inc. ("Westway") in a separate lawsuit for unpaid wages and benefits.

    I understand that I have the right to remain in this class action lawsuit even if I am still employed by Westway. I understand that Westway may not retaliate or take any adverse action against me if I remain in this class action lawsuit. I affirm that Westway did not require or encourage me to exclude myself from this class action lawsuit.

*Cecilia Rodriguez*
Full Legal Name (Print)

*[signature]*
Signature

1-21-10
Date

    If you wish to be excluded from this class action lawsuit, you must read, sign, and return this form by **March 8, 2010** directly to:

                        **D. Maimon Kirschenbaum**
        **Joseph, Herzfeld, Hester & Kirschenbaum LLP**
                **757 Third Avenue, 25th Floor**
                      **New York, NY 10017**

**DO NOT MAIL THIS FORM IF YOU WANT TO REMAIN IN THE CLASS.**

**THIS FORM IS NOT VALID UNLESS YOU MAIL IT DIRECTLY TO THE ADDRESS ABOVE. IF YOU GIVE THIS FORM TO A WESTWAY MANAGER OR REPRESENTATIVE, IT WILL NOT BE VALID AND YOU WILL REMAIN IN THE CLASS.**