```
                                          ┌─────────────────────────────┐
                                          │ USDC SDNY                   │
                                          │ DOCUMENT                    │
UNITED STATES DISTRICT COURT              │ ELECTRONICALLY FILED        │
SOUTHERN DISTRICT OF NEW YORK             │ DOC #: _____              │
------------------------------------X     │ DATE FILED: 9/8/10          │
                                    :     └─────────────────────────────┘
ANDREAS PEFANIS on behalf of himself and
others similarly situated,          :
                        Plaintiff,  :     08 Civ. 002 (DLC) (RLE)
                                    :
            -v-                     :     ORDER OF
                                    :     REFERENCE TO A
WESTWAY DINER, INC.                 :     MAGISTRATE JUDGE
                        Defendant.  :
                                    :
------------------------------------X
```

DENISE COTE, District Judge:

   The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute _____ _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| _X_ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ |

       SO ORDERED:

Dated:   New York, New York
         September 8, 2010

                                          /s/ Denise Cote
                                       _____
                                              DENISE COTE
                                       United States District Judge