AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

Pefanis, et al.,

v.

Westway Diner, Inc.

**APPEARANCE**

Case Number: 08 Civ. 002

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Westway Diner, Inc.

I certify that I am admitted to practice in this court.

9/15/2010
Date

*Signature*

A. Michael Weber                    AW-8760
Print Name                          Bar Number

Littler Mendelson, PC, 900 Third Avenue
Address

New York            NY              10022
City                State           Zip Code

(212) 583-9600      (212) 832-2719
Phone Number                        Fax Number