```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
ANDREAS PEFANIS on behalf of himself    :
and others similarly situated,          :
                         Plaintiff,     :
                                        :
            -v-                         :
                                        :
WESTWAY DINER, INC.,                    :
                         Defendant.     :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/10

08 Civ. 002 (DLC)

ORDER

DENISE COTE, District Judge:

For the reasons set forth at the September 17, 2010
teleconference held on the record, it is hereby

ORDERED that plaintiff's counsel shall provide to
defendant's counsel by **September 17** a proposed notice to be sent
to class members not previously identified to permit those class
members an opportunity to opt into the collective action and opt
out of the class action (the "Notice").  The parties shall meet
and confer to resolve any disputes about the form of the notice.
Any remaining objections to the Notice must be submitted to the
Court by **September 20**.

IT IS FURTHER ORDERED that the defendant shall provide by
**September 23** contact information for the class members not
previously identified to plaintiff's counsel.

IT IS FURTHER ORDERED that plaintiff's counsel shall mail
the Notice to all class members not previously identified by

**September 28.** Class members shall have until **October 28** to opt

into the collective action and opt out of the class action.


SO ORDERED:

Dated:   New York, New York
         September 17, 2010

                              DENISE COTE
                         United States District Judge