UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDREAS PEFANIS, on behalf of himself and
others similarly situated,

                Plaintiff,                              08 Civ. 0002 (DLC)

      v.                                          **SUBSTITUTION**
                                                        **OF COUNSEL**
WESTWAY DINER, INC.,

                Defendant.
------------------------------------------------------------------X

**IT IS HEREBY CONSENTED TO THAT** the firm of THOMPSON WIGDOR & GILLY LLP, located at 85 Fifth Avenue, New York, NY 10003 be substituted as attorneys of record for Defendant Westway Diner, Inc. in the above-captioned action in place and instead of [MITCHELL & INCANTALUPO, ADD] Arthur H. Forman, Esq., 98-20 Metropolitan Avenue, Forest Hills, New York 11375 as of the date hereof. By the signature of their authorized representative below, this substitution is consented to by Defendant and by Arthur H. Forman, Esq.

Dated: New York, New York
        September 22, 2010

Westway Diner, Inc.                       Mitchell & Incantalupo &
                                              Arthur H. Forman, Esq.

By: _____            By: _____
     Peter Dafnos                            Arthur H. Forman, Esq.
                                              98-20 Metropolitan Avenue
                                              Forest Hills, New York 11375
                                              Phone: (718) 268-2616
                                              Facsimile: (718) 575-1600

THOMPSON WIGDOR & GILLY LLP

By: _____
Scott Browning Gilly,
   sgilly@twglaw.com
Basil C. Sitaras,
   bsitaras@twglaw.com
85 Fifth Avenue
New York, NY  10003
Telephone:  (212) 257-6800
Facsimile:  (212) 257-6845
